No. 91–7003.   DIXON v. DEPARTMENT OF SERVICES FOR CHILDREN ET AL.   Sup. Ct. Del.   Certiorari denied.

No. 91–7009.   CAIN v. REDMAN, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 91–7011.   STEELE v. MINNESOTA.   Ct. App. Minn.   Certiorari denied.

No. 91–7026.   COVILLION v. AETNA LIFE & CASUALTY ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 91–7029.   BUTLER v. BURTON, WARDEN.   C. A. 11th Cir.   Certiorari denied.

No. 91–7032.   JACKSON v. DOW CHEMICAL CO. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 91–7033.   FRESQUEZ v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 91–7035.   KEYES v. HUCKLEBERRY HOUSE ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 91–7042.   ROBINSON v. PONTE, SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER.   C. A. 1st Cir.   Certiorari denied.

No. 91–7043.   ORTIS ET AL. v. DELMAR OFFSHORE, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 91–7046.   MCKINNEY v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 91–7068.   ELDER v. HAHN, SUPERINTENDENT, TENNESSEE FEDERAL PRISON CAMP.   C. A. 6th Cir.   Certiorari denied.

No. 91–7095.   PRATHER v. THOMAS ET AL.   Sup. Ct. Ga.   Certiorari denied.

No. 91–7096.   PHELPS v. ANGELONE, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL.   C. A. 9th Cir.   Certiorari denied.